BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8973
    Facsimile: (415) 744-0134
    E-Mail: Susan.L.Smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| LAURIE L. WELLINGTON,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | CIVIL NO. 1:12-cv-01728-SKO<br><br>**STIPULATION AND PROPOSED ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** |

      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

      On remand, the Appeals Council will instruct the Administrative Law Judge to: (1) update the treatment evidence on the claimant's medical condition; (2) articulate how he has evaluated the severity of all medically determinable mental impairments under the special technique; (3) articulate how he has

evaluated the credibility of the claimant's subjective complaints; (4) expressly evaluate the examining medical source opinion cited above and explain the reasons for the weight he gives to this opinion evidence; (5) further consider the claimant's residual functional capacity on the updated record, citing specific evidence in support of the assessed limitations; (6) further consider whether the claimant has past relevant work she could perform with the limitations established by the evidence; (7) as appropriate, secure supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base; and (8) consolidate and consider together the claimant's subsequent application for concurrent benefits filed on October 5, 2012.

      The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.  Nothing in this proposed order shall be taken to affect Plaintiff's right to request Equal Access to Justice Act (EAJA) attorney's fees under 28 U.S.C. § 2412, or costs under 28 U.S.C. § 1920, or to prevent Defendant from opposing any such requests.

      Respectfully submitted,

Dated:  July 15, 2013      */s/ Brian C. Shapiro**
      BRIAN C. SHAPIRO
      Attorney for Plaintiff
      (*as authorized by e-mail on 7/15/13)

Date:  July 11, 2013      BENJAMIN B. WAGNER
      United States Attorney
      DONNA L. CALVERT
      Acting Regional Chief Counsel

      By */s/ Susan L. Smith*
      SUSAN L. SMITH
      Special Assistant U. S. Attorney
      Attorneys for Defendant

//
//
//
//
//

**ORDER**

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulation to remand is GRANTED;

2. The action is REMANDED to the Commissioner of Social Security; and

3. The Clerk of the Court is DIRECTED to

    a. Enter judgment in favor of Plaintiff Laurie L. Wellington and against Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, and

    b. Administratively close this action.

IT IS SO ORDERED.

Dated:   **July 16, 2013**                              **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE