# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE L. WELLINGTON,<br><br>    Plaintiff,<br><br>  vs.<br>CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:12-cv-01728 SKO<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920; ORDER THEREON** |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

1 IT IS HEREBY STIPULATED by and between the parties through their 2 undersigned counsel, subject to the approval of the Court, that Laurie L. 3 Wellington be awarded attorney fees and expenses in the amount of TWO 4 THOUSAND FIFTY dollars ($2,050) under the Equal Access to Justice Act 5 (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal 6 services rendered on behalf of Plaintiff by counsel in connection with this civil 7 action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

8 After the Court issues an order for EAJA fees to Laurie L. Wellington, the 9 government will consider the matter of Laurie L. Wellington's assignment of EAJA 10 fees to Brian C. Shapiro.  The retainer agreement containing the assignment is 11 attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), 12 the ability to honor the assignment will depend on whether the fees are subject to 13 any offset allowed under the United States Department of the Treasury's Offset 14 Program.  After the order for EAJA fees is entered, the government will determine 15 whether they are subject to any offset.

16 Fees shall be made payable to Laurie L. Wellington, but if the Department 17 of the Treasury determines that Laurie L. Wellington does not owe a federal debt, 18 then the government shall cause the payment of fees, expenses and costs to be 19 made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment 20 executed by Laurie L. Wellington.  *United States v. $186,416.00*, ___ F.3d ___ 21 (9th Cir. July 17, 2013).  Any payments made shall be delivered to Brian C. 22 Shapiro.

23 This stipulation constitutes a compromise settlement of Laurie L. 24 Wellington's request for EAJA attorney fees, and does not constitute an admission 25 of liability on the part of Defendant under the EAJA or otherwise.  Payment of the 26 agreed amount shall constitute a complete release from, and bar to, any and all

1 claims that Laurie L. Wellington and/or Brian C. Shapiro including Law Offices of
2 Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with
3 this action.
4     This award is without prejudice to the rights of Brian C. Shapiro and/or the
5 Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees
6 under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: August 26, 2013        Respectfully submitted,

                                  LAW OFFICES OF LAWRENCE D. ROHLFING

                                  /s/ *Brian C. Shapiro*
                      BY:_____
                             Brian C. Shapiro
                             Attorney for plaintiff Laurie L. Wellington

DATED: August 26, 2013       BENJAMIN B. WAGNER
                                United States Attorney

                                  /s/ *Susan L. Smith*

                              Susan L. Smith
                             Special Assistant United States Attorney
                             Attorneys for Defendant,
                             Commissioner of Social Security
                             (Per e-mail authorization)

## **ORDER**

Pursuant to the parties' August 26, 2013, stipulation set forth above, IT IS HEREBY ORDERD that fees and expenses in the amount of $2,050.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **August 27, 2013**                       **/s/ Sheila K. Oberto**
                                                                      UNITED STATES MAGISTRATE JUDGE